UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILLERMO ALFREDO VILLALOBOS ROSALES; P.V.M.;<br><br>Plaintiffs,<br><br>v.<br><br>LEE FRANCIS CISSNA, Director, U.S. Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. C19-465RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS |

Plaintiffs Guillermo Alfredo Villalobos Rosales and his minor daughter "P.V.M." move the Court to dismiss this case after settlement. Dkt. #9. The Court could interpret this filing as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), but in an abundance of caution will enter this order of dismissal.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS:

1) Plaintiffs' claims are DISMISSED.

2) All pending motions are terminated as moot.

3) This case is CLOSED.

ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS - 1

DATED this 23 day of April, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS - 2